COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| | § | |
| EDWARD S. JINDRICH, JR., | | No. 08-20-00203-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 383rd District Court |
| | § | |
| MICHAELA WEIHELE, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2017DCM2926) |

## O R D E R

The Court GRANTS the Appellant's third motion for extension of time within which to file the brief until June 22, 2021. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE APPELLANT'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ordered that the Hon. Leonard Morales, the Appellant's attorney, prepare the Appellant's Brief and forward the same to this Court on or before June 22, 2021.

IT IS SO ORDERED this 21st day of May, 2021.


PER CURIAM


Before Rodriguez, C.J., Palafox and Alley, JJ.